# INTERIM
## DIVIDENDS REMITTED TO THE COURT

Check Number 1040 Dated 02/04/11
Case Number 97-31857 - MORSE, ROBERT A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHARMING SHOPPES-FASHION BUG<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY 40285 | 00016 | 93.50 | 4.40 |
| ---------- Remittance Total --------------- | | 93.50 | 4.40 |

Michael A. Mason, Trustee