UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                          File No. 97-31857

ROBERT A. MORSE,                          Chapter 7
FRANCES BERNEDETTE MORSE,

                                          JUDGE DANIEL S. OPPERMAN
                    Debtor(s).
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**


TO THE CLERK OF THE COURT:

Unclaimed dividends are being turned over to the U.S. Bankruptcy Court in the amount of
$1,732.40 for Claim #00001, 00002, 00006 and 00007 – Daniel J. Hall
$389.50 for Claim #00008 – First Deposit National Bank
$937.04 for Claim #00015 – Madeline Gallagher Rajewski

The last known address of the claimant used to forward the above mentioned funds was:

First Deposit National Bank – 4900 Johnson Drive, Pleasanton, CA 94588
Madeline Gallagher Rajewski – 402 Milford Court, Apt. #6, Davison, MI 48423
Daniel J. Hall – Deceased without any contacts


Dated: May 13, 2010                       /s/ Michael A. Mason
                                          Michael A. Mason
                                          516 W. Court Street
                                          Flint, MI 48503
                                          Telephone: (810) 234-9201
                                          Email:mamtrustee@sbcglobal.net
                                          P17185


Prepared by:
Michael A. Mason
516 W. Court Street
Flint, MI 48503
Telephone: (810) 234-9201
Email: mamtrustee@sbcglobal.net
(P17185)

1